TO. MR. ABEL ACOSTA q "COURT CLERK"                    11·5·15

Hello Mr. AcosTA My name is TERRISH JERMAINE GARMON
"COA NO. 05-13-00702-CR" TR, CT, NO F12-34332 J - AND —
PD-0596-15.
MR. AcosTA i would Like to Know Nhan Will a Mandate
be issused?? I need to. File MY Write of habeas
Corpus. I Cant File until i recive a Mandate.
pleaus Write Me back Soon.
                                   God BLess


                          Terrish J Garmon

Terrish J Garmon
T.D.C.J I.D.# 1860014
P.S.  I AM HERE AT THE
GORGE BETO 1 UNIT
1391 F.M. 3328
Tennessee Colony, Texas, 75880

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 10 2015

Abel Acosta, Clerk